JEFFREY H. WOOD, Acting Assistant Attorney General
Environment & Natural Resources Division
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Sr. Trial Attorney
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-307-6623; Fax: 202-305-0275
Email: robert.p.williams@usdoj.gov
Email: kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE KLAMATH TRIBES, | Case No. 3:18-cv-03078-WHO |
| Plaintiff, | **STIPULATION REQUESTING ORDER CHANGING TIME** |
| v. | |
| U.S. BUREAU OF RECLAMATION; U.S. FISH & WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, Plaintiff, Federal Defendants, and Defendant-Intervenors hereby stipulate to and jointly request an order adopting the briefing schedule set forth herein with regard to Plaintiff's Motion for Preliminary Injunction (ECF No. 13) and Federal

Defendants' and Defendant Intervenors' Motions to Dismiss (ECF Nos. 18 and 17).[1] In support of this stipulation, the parties state:

    1. On May 23, 2018, Plaintiff filed a Motion for Leave to File Excess Pages for its upcoming Motion for Preliminary Injunction. ECF No. 5. The Court granted that Motion, allowing a 37 page brief. ECF No. 11.

    2. On May 29, 2018, Plaintiff filed its Motion for Preliminary Injunction. ECF No. 13. Plaintiff's motion is noticed for hearing on July 11, 2018 at 2:00 PM—the first date the Civil Local Rules and the Court's schedule permits the motion to be heard.

    3. The Civil Local Rules allow two weeks for response briefs, thus requiring Federal Defendants and Defendant-Intervenors to file their response to Plaintiff's Motion for Preliminary Injunction by June 12, 2018 and Plaintiff to file its reply within one week thereafter, by June 19, 2018.

    4. Federal Defendants and Defendant-Intervenors require additional time to prepare their response to Plaintiff's Motion for Preliminary Injunction due to the complexity of the issues, the length of the motion, and the schedules of counsel. Plaintiff also seeks to avoid a scheduling conflict for its counsel on June 27, 2018. The parties therefore stipulate to the following schedule for Plaintiff's Motion for Preliminary Injunction: Federal Defendants and Defendant-Intervenors will file their respective responses by June 22, 2018, and Plaintiff will file its reply by June 29, 2018. The parties do not seek to alter the July 11, 2018 hearing date, and hence briefing will be completed under their proposed schedule 12 days prior to the hearing.

    5. Separately, the parties have discussed a briefing schedule for Federal Defendants' and Defendant-Intervenors' Motions to Dismiss. ECF Nos. 18 and 17. Federal Defendants' and Defendant-Intervenors' Motions to Dismiss raise threshold issues that must be resolved prior to resolving Plaintiff's Motion for Preliminary Injunction. Therefore, the parties stipulate to the Court hearing the Motions to Dismiss on July 11, 2018—the same date as the hearing on

---

[1] Federal Defendants submit this Stipulation for the limited purpose of establishing a briefing schedule. Federal Defendants expressly reserve all defenses, including that venue in this Court is improper.

Plaintiff's Motion for Preliminary Injunction. The parties expect briefing on Federal Defendants' Motion to Dismiss to proceed according to the Local Rules and duplicate the briefing dates on the Motion for Preliminary Injunction, with responses due by June 22, 2018, and the reply due by June 29, 2018. Briefing on Defendant-Intervenors' Motion to Dismiss will also proceed according to those dates, with responses due by June 22, 2018, and the reply due by June 29, 2018.

6. The parties have not requested any previous time modifications of these schedules.

7. Approving the instant stipulation will not postpone the scheduled hearing on the Motion for Preliminary Injunction on July 11, 2018. Accordingly, the parties stipulate and agree, and request that the Court approve, the following schedule:

   a. June 22, 2018: Federal Defendants' and Defendant-Intervenors' responses to Plaintiff's Motion for Preliminary Injunction due. Responses to Federal Defendants' and Defendant-Intervenors' respective Motions to Dismiss due.

   b. June 29, 2018: Plaintiff's reply in support of its Motion for Preliminary Injunction. Federal Defendants' and Defendant-Intervenors' respective replies on their Motions to Dismiss due.

   c. ~~July 11, 2018~~ July 13, 2018 at 9:00 a.m.: Hearing on Federal Defendants' and Defendant-Intervenors' Motions to Dismiss.

Dated: June 8, 2018

                    Respectfully submitted,

                    JEFFREY H. WOOD, Acting Assistant Attorney General
                    SETH M. BARSKY, Chief
                    S. JAY GOVINDAN, Assistant Chief
                    ROBERT P. WILLIAMS, Sr. Trial Attorney

                    */s/ Kaitlyn Poirier*
                    KAITLYN POIRIER, Trial Attorney
                    U.S. Department of Justice
                    Environment and Natural Resources Division
                    Wildlife and Marine Resources Section

Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel) | (202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*


*/s/ Jeremiah D. Weiner*
Jeremiah D. Weiner (CSBA No. 226340)
Douglas MacCourt (OSBA No. 890780)
Lucas T. Christian (CSBA No. 320014)
Rosette, LLP
193 Blue Ravine Road
Suite 225
Folsom, California 95630
Telephone: (916) 353-1084
Facsimile: (916) 353-1085
Jweiner@rosettelaw.com
dmaccourt@rosettelaw.com
lchristian@rosettelaw.com

*Attorneys for Plaintiff*


SOMACH SIMMONS & DUNN, PC

*/s/ Paul S. Simmons*
Paul S. Simmons

*Attorneys for Defendant-Intervenors Klamath Water Users Association, Sunnyside Irrigation District, and Ben DuVal*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Kaitlyn Poirier, attest that concurrence in the filing of the document has been obtained from each of the other Signatories indicated with a "conformed" signature (*/s/*) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: June 8, 2018

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

PURSUANT TO STIPULATION, AS MODIFIED, IT IS SO ORDERED.

Dated this __12th__ day of __June__, 2018.

_____
HON. WILLIAM H. ORRICK
United States District Judge