SOMACH SIMMONS & DUNN
A Professional Corporation
PAUL S. SIMMONS, ESQ. (SBN 127920)
RICHARD S. DEITCHMAN, ESQ. (SBN 287535)
JARED S. MUELLER, ESQ. (SBN 257659)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
psimmons@somachlaw.com
rdeitchman@somachlaw.com
jmueller@somachlaw.com

Attorneys for [Proposed] Defendant-Intervenors
KLAMATH WATER USERS ASSOCIATION,
SUNNYSIDE IRRIGATION DISTRICT, and BEN
DuVAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE KLAMATH TRIBES, a federally recognized Indian Tribe, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATED BUREAU OF RECLAMATION; UNITED STATES FISH & WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. <br><br> KLAMATH WATER USERS ASSOCIATION, SUNNYSIDE IRRIGATION DISTRICT, and BEN DUVAL, <br><br> [Proposed] Defendant-Intervenors. | Case No. 3:18-cv-03078-WHO <br> [Related Case Nos. 3:16-cv-06863-WHO and 3:18-cv-03078-WHO] <br><br> ORDER GRANTING KLAMATH WATER USERS ASSOCIATION, SUNNYSIDE IRRIGATION DISTRICT, AND BEN DUVAL'S MOTION TO INTERVENE <br><br> Hearing Date:  July 11, 2018 <br> Hearing Time:  2:00 p.m. <br> Courtroom:     2, 17th Floor <br> Judge William H. Orrick |

    Klamath Water Users Association (the Association), Sunnyside Irrigation District

(Sunnyside), and Ben DuVal (collectively, "Applicants") filed an unopposed Motion to Intervene

ORDER GRANTING INTERVENTION      -1-

in this matter as defendants, pursuant to Federal Rules of Civil Procedure, Rule 24(a)(2) and Rule 24(b)(2).

Pursuant to Federal Rule of Civil Procedure 24(a)(2), the Court finds that Applicants are entitled to intervene as defendants in the above-captioned action, as a matter of right because: (1) their request to intervene is timely; (2) Applicants have significant protectable interests relating to the properties and/or transactions which are the subject of this action; (3) Applicants are so situated that the disposition of this action may as a practical matter impair or impede its ability to protect those interests; and (4) Applicants' interests are not adequately represented by the existing parties.

The Court further finds pursuant to Federal Rule of Civil Procedure 24(b)(2) that Applicants should be permitted to intervene because: (1) their request to intervene is timely; (2) their proposed Answer raises questions of law and fact which are common with those in the main action; and (3) Applicants' intervention will not unduly delay or prejudice the rights of the original parties.

Good cause appearing therefor,

IT IS ORDERED that the Association, Sunnyside, and Ben DuVal's Motion to Intervene as Defendants is granted;

DATED: June 15, 2018

William H. Orrick
United States District Court Judge