Jeremiah D. Weiner (CSBA No. 226340)
Douglas MacCourt (OSBA No. 890780)
 *Admitted Pro Hac Vice*
Lucas T. Christian (CSBA No. 320014)
Rosette, LLP
193 Blue Ravine Road
Suite 255
Folsom, California 95630
Telephone: (916) 353-1084
Facsimile: (916) 353-1085

*Attorneys for Plaintiff*
*The Klamath Tribes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KLAMATH TRIBES, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF RECLAMATION; UNITED STATES FISH & WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE<br><br>Defendants. | Case No. 3:18-cv-03078-WHO<br><br>**ERRATA TO PLAINTIFF'S COMBINED REPLY TO FEDERAL DEFENDANTS' AND INTERVENOR-DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: July 20, 2018<br>Time:           9:00 AM<br>Courtroom:  2, 17th Floor<br>Judge:          William H. Orrick |

Plaintiff, The Klamath Tribes, hereby respectfully submits its Errata to its Combined Reply to Federal Defendants' and Intervenor-Defendants' Opposition to Motion for Preliminary Injunction filed on July 10, 2018 [Dkt. 65] ("Reply"). The Reply as originally-filed had certain formatting issues related to the tables and pagination that Plaintiff would like to correct to better assist the parties and this Court in reviewing and navigating the same. Corrections made are clerical in nature only; *no substantive* changes have been made to the Reply. A copy of the corrected Reply is attached.

DATED this 11th day of July, 2018.

                                       ROSETTE, LLP

                                       /s/ Jeremiah D. Weiner
                                       Jeremiah D. Weiner (CSBA No. 226340)
                                       Douglas MacCourt (OSBA No. 890780)
                                          *Admitted Pro Hac Vice*
                                       Lucas T. Christian (CSBA No. 320014)

                                       *Attorneys for Plaintiff*
                                       *The Klamath Tribes*